## ATHERTON *v.* FOWLER.

**ERROR TO THE SUPREME COURT OF THE STATE OF CALIFORNIA.**

No. 648. Submitted November 15, 1875.—Decided December 6, 1875.

*Atherton* v. *Fowler*, 91 U. S. 143, followed.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

The motion to dismiss this cause for want of jurisdiction is denied for the reasons stated in the opinion just read, *Atherton* v. *Fowler*, 91 U. S. 143. The cases are in all material respects identical. *Motion denied.*

*Mr. M. Blair* for plaintiffs in error.

*Mr. M. A. Wheaton* for defendants in error.